# United States Court of Appeals
## For the First Circuit

No. 18-1051

VICTOR ÁLVAREZ-MAURÁS,

Plaintiff, Appellant,

v.

BANCO POPULAR OF PUERTO RICO; ALEXANDER GARCIA; WANDA O.
MELENDÉZ-SANTOS; CONJUGAL PARTNERSHIP GARCIA-MELENDÉZ,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on March 25, 2019, is amended as follows:

On the cover page, change "Paul Vilaŕo Nelms" to "Paul Vilaró Nelms"

On the cover page, change "Vilaŕo Law Offices" to "Vilaró Law Offices"